**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00955-CV

**TEXAS DEPARTMENT OF TRANSPORTATION, Appellant**

**V.**

**BRIAN MILTON, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11057**

## ORDER

Although appellant has requested the reporter's record and made payment arrangements with the reporter for the fee, the reporter's record, originally due September 6, 2016, has not yet been filed. Accordingly, we **ORDER** Antoinette Reagor, Official Court Reporter of the 68th Judicial District Court, to file **the record no later than November 11, 2016.**

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Reagor and the parties.

/s/    CRAIG STODDART
        JUSTICE